THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WENDYL JONES, Appellant. [617 NYS2d 681] —Judgment unanimously affirmed. Memorandum: Defendant was sentenced in accordance with the plea bargain, and there is no basis in the record for this Court, in the exercise of *its* discretion, to grant youthful offender status. (Appeal from Judgment of Monroe County Court, Marks, J.—Robbery, 3rd Degree.) Present—Denman, P. J., Pine, Balio, Callahan and Davis, JJ.

 MARIE ADAMS, Respondent, v BENDERSON DEVELOPMENT Co., INC., et al., Defendants, and 1210 COLVIN AVENUE, INC., Appellant. [617 NYS2d 108] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court erred insofar as it denied the motion of 1210 Colvin Avenue, Inc. (defendant) for summary judgment dismissing the complaint. Defendant established, as a matter of law, that it was plaintiff's employer *(see, Perez v Tru-Fit Mfg. Co.,* 152 AD2d 461, 463). An employee may not bring a common-law action against her employer in its capacity as the owner of property where a job-related injury occurred *(Billy v Consolidated Mach. Tool Corp.,* 51 NY2d 152, 158; *Jackson v Tivoli Towers Hous. Co.,* 176 AD2d 918). (Appeal from Order of Supreme Court, Erie County, Gorski, J.—Summary Judgment.) Present—Denman, P. J., Pine, Balio, Callahan and Davis, JJ.